**HASSARD BONNINGTON LLP**
J. Julia Hansen-Arenas, Esq. (#225697) jjh@hassard.com
Arabelle L. Franco, Esq. (#358331) alf@hassard.com
111 Pine Street, Suite 1530
San Francisco, California 94111
Telephone: (415) 288-9800
Fax: (415) 288-9801
Attorneys for Defendant TARGET CORPORATION.

Dylan Hackett (SBN 329339)
**THE HACKETT LAW FIRM**
P.O. Box 330168
San Francisco, CA 94133
Telephone: (415) 410-9931
Email: dylanhackett@hackettfirm.com

*Attorneys for Plaintiff Angela Rivera,*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGELA RIVERA,<br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION; TARGET STORES INC; and DOES 1 through 50, inclusive,<br>Defendants, | Case No. **5:26-cv-06015-SVK**<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Angela Rivera and Defendant Target Corporation, by and through their respective counsel of record, hereby stipulate and request that this Court dismiss this action in its entirety, with prejudice, as to all parties and all claims.

Each party shall bear its own attorneys' fees and costs, except as otherwise agreed by the parties.

IT IS SO STIPULATED.

//

//

DATED: October 7, 2026

**THE HACKETT LAW FIRM**

Respectfully submitted,

By: Dylan Hackett

Dylan Hackett
*Attorneys for Plaintiff Angela Rivera*

DATED: October 7, 2026

**HASSARD BONNINGTON LLP**

Respectfully submitted,

By: ______________________

*J. Julia Hansen-Arenas, Arabelle L. Franco*
*Attorneys for Defendant Target Corporation*

**THE HACKETT LAW FIRM**
P.O. Box 330168, San Francisco, CA 94133
Telephone:(415) 410-9931

**HASSARD BONNINGTON LLP**
J. Julia Hansen-Arenas, Esq. (#225697) jjh@hassard.com
Arabelle L. Franco, Esq. (#358331) alf@hassard.com
111 Pine Street, Suite 1530
San Francisco, California 94111
Telephone: (415) 288-9800
Fax: (415) 288-9801
Attorneys for Defendant TARGET CORPORATION.

Dylan Hackett (SBN 329339)
**THE HACKETT LAW FIRM**
P.O. Box 330168
San Francisco, CA 94133
Telephone: (415) 410-9931
Email: dylanhackett@hackettfirm.com

*Attorneys for Plaintiff Angela Rivera,*

**THE HACKETT LAW FIRM**
P.O. Box 330168, San Francisco, CA 94133
Telephone:(415) 410-9931

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGELA RIVERA,<br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION; TARGET STORES INC; and DOES 1 through 50, inclusive,<br>Defendants, | Case No. **5:26-cv-06015-SVK**<br><br>~~**[PROPOSED]**~~ **ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the stipulation of the parties, this action is hereby dismissed in its entirety, with prejudice, as to all parties and all claims. Each party shall bear its own attorneys' fees and costs, except as otherwise agreed by the parties.

IT IS SO ORDERED.

Dated: October 8, 2026

By: Susan van Keulen

Hon. Susan van Keulen

United States Magistrate Judge

THE HACKETT LAW FIRM
P.O. Box 330168, San Francisco, CA 94133
Telephone:(415) 410-9931